UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTIN COLLARD,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C19-1686-MLP

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court upon Plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that her spouse is presently employed and that his net monthly salary varies. (*Id.* at 1.) Plaintiff's IFP application also indicates that within the past twelve months, she and/or her spouse received $57,500.00 from either a business, profession, or other self-employment source. (*Id.* at 1.) Furthermore, Plaintiff represents that she and her spouse own a house with 7/8 of an acre of land worth $380,00.00 and two vehicles totaling $19,000.00. (*Id.* at 2.)

After careful consideration of Plaintiff's IFP application, the governing law and the balance of the record, the Court DENIES Plaintiff's IFP application (dkt. # 1) because the Court finds that she has sufficient funds to afford the filing fee. Plaintiff shall pay the applicable filing

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS - 1

fee within thirty (30) days of the date of this Order, or this case shall be dismissed. The Clerk of the Court is directed to send copies of this Order to the parties.

Dated this 24th day of October, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge